IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UN4 PRODUCTIONS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 3:17-cv-00473-RLM-MGG |
| DOE 1, DOE 2, DOE 3, DOE 4, DOE 5, DOE 6, and DOE 7, | ) |
| Defendants. | ) |

**STATUS REPORT REGARDING PRELIMINARY DISCOVERY**

Plaintiff, UN4 Productions, Inc., by counsel and pursuant to this Court's Order of July 5, 2017 (DE 6), respectfully provides the following status report regarding preliminary discovery:

1. Plaintiff's counsel inadvertently had the due date for this Status Report set for a different date that listed in the Order of July 5, 2017 (DE 6). Counsel apologizes for the error.

2. Plaintiff has issued subpoenas to AT&T and Comcast Communications, as authorized by the Order of July 5, 2017 (DE 6).

3. Plaintiff anticipates receiving AT&T's response to the subpoena on or before October 9, 2017.

4. Plaintiff anticipates receiving Comcast's response to the subpoena on or before October 23, 2017.

5. Upon receipt of the responses, Plaintiff's counsel will analyze the information provided, then send letters to the subscribers to confirm their identities.

6. Plaintiff anticipates amending the complaint to name the defendants, prepare summonses for issuance by the Clerk, and serve the defendants pursuant to FED.R.CIV.P. 4.

Dated this 8th day of September, 2017.

> By: /s/ R. Matthew Van Sickle
> R. Matthew Van Sickle
> Indiana Bar No. 24430-41
> Lynch Van Sickle, PLLC
> 201 Shannon Oaks Circle, Suite 200
> Cary, North Carolina 27511
> (919) 469-5685
> rmv@lynchvansicklelaw.com
>
> *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of September, 2017, he electronically filed the foregoing "**STATUS REPORT REGARDING PRELIMINARY DISCOVERY**" with the Clerk of the Court using the CM/ECF system which will electronically send notification of such filing of such filing to all counsel of record or interested parties via the CM/ECF system.

/s/ R. Matthew Van Sickle
R. Matthew Van Sickle
Indiana Bar No. 24430-41
Lynch Van Sickle, PLLC
201 Shannon Oaks Circle, Suite 200
Cary, North Carolina 27511
(919) 469-5685
rmv@lynchvansicklelaw.com

*Attorney for Plaintiff*